IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO.  5:90CV1704 |
| | ) | 5:05CV2031 |
| Plaintiff, | ) | |
| vs. | ) | JUDGE ANN ALDRICH |
| | ) | |
| SUMMIT EQUIPMENT & SUPPLIES, INC. et al. | ) | <u>ORDER</u> |
| Defendants. | ) | |

The parties have filed a joint status report on May 21, 2007.  The court now orders the parties to continue to file status reports on the progress of settlement.

IT IS ORDERED that the stay is continued and orders the parties to submit the next joint status report on or before <u>June 15, 2007</u>.  The trial will be rescheduled 90 days after the ruling on the motion for summary judgment (90-1704), should the parties prove unable to finalize a Consent Decree.

<u>s/Ann Aldrich</u>
ANN ALDRICH
UNITED STATES DISTRICT JUDGE

Dated: ***<u>May 22, 2007</u>***